144 591
f144 592

SIMMONS *v.* BOARD OF SUPERVISORS OF ALCONA COUNTY.

APPEAL AND ERROR—CHANCERY APPEALS—ORDERS REVIEWABLE—
PRELIMINARY INJUNCTION.

> No appeal lies from an order modifying a preliminary injunc-
> tion, nor from an order refusing a motion to set the order of
> modification aside.

Appeal from Alcona; Connine, J. Submitted May 2,
1906. (Docket No. 141.) Decided July 3, 1906.

Bill by James Simmons and others against the board of
supervisors of Alcona county and others to restrain the
reconstruction of a county building. From an order
modifying a preliminary injunction, and from an order
denying a motion to set aside such order, complainants
appeal. Dismissed.

*L. G. Dafoe,* for complainants.

*O. H. Smith,* Prosecuting Attorney, for defendants.

MONTGOMERY, J. The complainants filed a bill of
complaint praying an injunction restraining the defend-
ants from reconstructing a jail building. A preliminary
injunction was issued in accordance with the prayer of
the bill. On a motion for dissolution of the injunction
filed by defendants, an order was made modifying the in-
junction so as to limit its scope to restraining the defend-
ant to expending more than $500 per year in repairing
the jail building. Complainants moved to set aside the
order modifying the injunction. This motion was denied,
and an appeal has been taken from both decisions.

An appeal does not lie from either order. *Merchants',
etc., Bank* v. *Kent Circuit Judge,* 43 Mich. 292;
*Boinay* v. *Coats,* 17 Mich. 411; *Spencer* v. *Stearns,* 28
Mich. 463; *Schuffert* v. *Grote,* 83 Mich. 263. This is of
less consequence to the parties, as since the appeal was
taken the legal questions involved have been considered

in *Attorney General, ex rel. Gibson,* v. *Board of Sup'rs of Montcalm Co.,* 141 Mich. 590.

The appeal will be dismissed, and the case remanded for further proceedings.

McALVAY, BLAIR, OSTRANDER, and HOOKER, JJ., concurred.

APPEAL AND ERROR—CHANCERY APPEALS—ORDER REVIEWABLE—PRELIMINARY INJUNCTION.

